IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JIMMY ROBERSON                                                               PLAINTIFF

VS.                                            CASE NO. 08-CV-1086

THE CITY OF WARREN, ARKANSAS
and MAYOR BRYAN MARTIN, in his
Official and Individual Capacities                                           DEFENDANTS

## ORDER

      Before the Court is Plaintiff's Motion to Dismiss.  (Doc. No. 14).  In the motion, Plaintiff states that the parties have finalized the settlement of this matter and asks that the case be dismissed with prejudice.  On September 9, 2009, the Court entered a judgment in this matter and the case was dismissed.  Accordingly, the Court finds the pending motion to dismiss moot.

      IT IS SO ORDERED, this 23rd day of October, 2009.

                                                                               /s/Harry F. Barnes
                                                                           Hon. Harry F. Barnes
                                                                           United States District Judge